# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

UNITED STATES OF AMERICA )

          Plaintiff, )

vs. )

Elaine C. Wusstig )

          Defendant. )

CRIMINAL CASE NO.: 99-00013-001

**FILED**

DISTRICT COURT OF GUAM

AUG 2 9 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

**Re:** **Report and Order Terminating Term of Supervised Release**

      The above named defendant has complied with the conditions of supervised release imposed by the order of the Court and the period of supervised release expired on August 19, 2005. I therefore recommend that the defendant be discharged from supervised release and the proceedings in this case be terminated.

      RESPECTFULLY submitted this _20th_ day of August 2005.

                              FRANK MICHAEL CRUZ
                              Chief U.S. Probation Officer

          By:                                      
                              JOHN W. SAN NICOLAS II
                              U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   Joseph Wilson, AUSA
      John T. Gorman, FPD
      File

**RECEIVED**

AUG 2 9 2005

**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF THE COURT

      Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceeding in the case be terminated.

      Dated this _29th_ day of August, 2005.

                            JOAQUIN V.E. MANIBUSAN, JR.
                            U. S. Magistrate Judge

**ORIGINAL**